**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **HAMLET GARCIA, JR.,** : | |
|         **Plaintiff,** : | |
| : | **CIVIL ACTION** |
| v. : | **No. 17-4987** |
| : | |
| **TEMPLE UNIVERSITY, et al.,** : | |
|         **Defendants.** : | |

**ORDER**

This 21st day of July, 2020, for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Defendants' Joint Motion to Dismiss, ECF 22, is **GRANTED.** Plaintiff's Complaint is **DISMISSED** with prejudice.

Chambers shall serve this Order and accompanying Memorandum by First Class mail upon Plaintiff, Hamlet Garcia, Jr., at 206 E. Albanus Street, 1st Floor, Philadelphia, PA 19120, posted this same date.

                                                                    /s/ Gerald Austin McHugh
                                                                     Gerald Austin McHugh
                                                                     United States District Judge